UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81878-MIDDLEBROOKS

DANIEL LUGO,

      Plaintiff,

v.

GIMME SHELTER 14(D)-LLC,

      Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Andrew J. Marchese |
| DREW M. LEVITT | ANDREW J. MARCHESE |
| Florida Bar No. 782246 | Florida Bar No. 061931 |
| drewmlevitt@gmail.com | ajmarchese@mdwcg.com |
| LEE D. SARKIN | HOLLY M. HAMILTON |
| Florida Bar No. 962848 | Florida Bar No. 113307 |
| LSarkin@aol.com | hxhamilton@mdwcg.com |
| 4700 N.W. Boca Raton Boulevard | Marshall Dennehey, et al |
| Suite 302 | 2400 E. Commercial Blvd., Ste. 1100 |
| Boca Raton, Florida 33431 | Ft. Lauderdale, Fl. 33308 |
| Telephone (561) 994-6922 | Telephone (954) 847-4920 |
| Attorneys for Plaintiff | Attorneys for Defendant |